BANCORP SERVICES, L.L.C.,
Plaintiff–Appellee,

v.

SUN LIFE ASSURANCE COMPANY
OF CANADA (U.S.), Defendant–
Appellant.

No. 02–1125.

United States Court of Appeals,
Federal Circuit.

Oct. 25, 2002.

## ORDER

Bancorp Services, L.L.C. and Sun Life Assurance Company of Canada (U.S.) move jointly and without opposition to voluntarily dismiss 02–1125.

Upon consideration thereof,

IT IS ORDERED THAT:

(1) The unopposed motion to dismiss is granted.

(2) All other pending motions are moot.

(3) Each side shall bear its own costs.